

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F STREET, N.E.
WASHINGTON, D.C. 20549

**Office of the**
**General Counsel**

**Daniel T. Young**
**(202) 551-3078**
**youngda@sec.gov**

January 31, 2024

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

Re:   *SEC v. Christopher A. Novinger & ICAN Investment Grp., LLC* (No. 23-10525)
Letter under Fed. R. App. P. 28(j)

Dear Mr. Cayce:

I write on behalf of the Securities and Exchange Commission, appellee, to advise the Court of a recent factual development in advance of oral argument in this matter on February 8, 2024.

The briefs filed by appellants' counsel at the New Civil Liberties Alliance refer to a petition for rulemaking that the Alliance filed on October 30, 2018.[1] Br. ii n.1 & 3 n.2; Reply Br. 9. This petition asked the Commission to eliminate its policy "not to permit a defendant or respondent to consent to a judgment or order that imposes a sanction while denying the allegations in the complaint or order for proceedings." 17 C.F.R. § 202.5(e). On December 20, 2023, the Alliance renewed its petition and requested that the Commission act within 90 days.[2]

On January 30, 2024, the Commission denied the petition for rulemaking, declining to amend its "no-deny" policy for consent judgments.[3] Consequently, the petition for rulemaking is no longer pending.

---

[1] *Available at* https://www.sec.gov/files/rules/petitions/2018/petn4-733.pdf.

[2] *Available at* https://www.sec.gov/files/rules/petitions/2023/petn4-733-renewed-petition-rulemaking-122023.pdf.

[3] *Available at* https://www.sec.gov/files/rules/petitions/2024/4-733-letter-013024.pdf.



                                    Respectfully submitted,

                                          /s/ Daniel T. Young

| | |
|---|---|
| MEGAN BARBERO<br>General Counsel | DANIEL T. YOUNG<br>Appellate Counsel |
| MICHAEL A. CONLEY<br>Solicitor | Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, D.C. 20549 |
| JEFFREY A. BERGER<br>Assistant General Counsel | (202) 551-3078 (Young)<br>youngda@sec.gov |